# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERESA HENDERSON,**<br><br>            Plaintiff,<br><br>vs.<br><br>**RED OAK HEALTH SERVICES, Inc.;**<br><br>            Defendant. | **8:15CV284**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice (Filing No. 30). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 30) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 6th day of September, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge